IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-319-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #27) filed on August 23, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #22) filed on August 18, 2011 is adopted;

3. This case is DISMISSED at this time without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 14th day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE